Ryan C. Tan #289822
8455 Hialeah Way
Fair Oaks, CA 95628
916-724-9366

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paresh Sinha and Phil Smith as Individuals<br><br>Plaintiffs,<br><br>v.<br><br>Orri Rail as an Individual and Dimension Reports, LLC<br><br>Defendants. | No.<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

NOW COMES Plaintiffs Paresh Sinha and Phil Smith, by and through their attorney, Ryan Tan, and for their Complaint against Defendant Orri Rail and Defendant Dimension Reports, LLC hereby states as follows:

**A. JURISDICTION AND VENUE**

1. Plaintiffs brings this action primarily under 17 U.S.C. §101 of the Copyright Act

2. Plaintiffs also bring this action under the California Uniform Partnership Act of 1994 regarding joint ventures and partnerships

3. This court has jurisdiction pursuant to the following statues:

    a.    28 U.S. Code § 1338 gives district courts original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks.

1

    b.  28 U.S.C. § 1367 gives district courts who have original jurisdiction supplemental over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy

  4. Venue is appropriate in this judicial district under 28 U.S. Code § 1391 because:

    a.  The events that gave rise to this Complaint occurred in this district

    b.  The parties to this Complaint all reside and do business in this district

### **B. Facts**

5. In October 2006, Plaintiff Smith and Defendant Rail began to work together collaborating in a joint venture and partnership, as individuals in their free-time outside of their respective full-time jobs, to design, develop and write a suite of analytic software tools (Reporting Software) to be sold to and utilized by clients in the energy industry, in order to receive benefit, revenues and profits.

6. During the development of the Reporting Software, Plaintiff Smith and Defendant Rail were involved in numerous and frequent meetings to review the development of the software, discuss new ideas and potential modifications, modifications to the written code and discuss the overall technical architecture of the software.

7. Plaintiff Smith and Defendant Rail had equal decision making power and equal creative control over the creation and development of the Reporting Software

8. From April 2007 to August 2010, while substantial software was developed, progress slowed down for personal reasons.

9. In August 2010, Plaintiff Smith and Defendant Rail renewed their collaborative efforts in developing the software tools and also expanded the Reporting Software's capabilities to include clients in the health care industry.

10. In October 2010, the effort between Plaintiff Smith and Defendant Rail was joined by Plaintiff Sinha where Plaintiff Sinha also began to contribute written code as well as collaborate with the overall design, functionality, and development of the Reporting Software.

11. Plaintiff Sinha, who also is an individual working in his free time outside his full-time

job, was considered a partner in the joint venture and expected to receive compensation at the completion and fruition of the joint venture

12. Plaintiff Sinha also had equal decision making power and equal creative control over the creation and development of the software tools

13. Plaintiff Sinha developed written contributions and assigned himself work products after discussing with Plaintiff Smith and Defendant Rail about the overall functionality and features of the Reporting Software

14. Plaintiff Sinha's specific ideas and contributions were instrumental in adding to the Reporting Software capabilities so that the Reporting Software became more marketable and usable by potential clients

15. The Reporting Software was developed and written using technologies such as C++, Python, Linux, Windows and Chart Director.

16. The parties all intended to jointly develop this Reporting Software as part of a marketable tool to be sold and licensed to customers in order to receive value, revenues and profit.

17. The parties' development efforts required creativity and original thinking and resulted in copyrightable material of creative and original sets of written software code, tools, technology and reports in which the parties are joint authors and co-owners

18. The Plaintiffs were never compensated for developing the Reporting Software

19. In or around June 2011, the parties began initial client interactions

20. In or around June 2011, the parties began referring to themselves and selling their Reporting Software through an informal company by the name of "HIPAA Reports"

21. The parties also used the domain www.hipaareports.com to market their Reporting Software

22. All parties engaged in marketing and sales efforts of the software to prospective clients, including making presentations, sales calls, conducting prospect meetings, developing proposals in response to prospect RFPs, and numerous other business development activities

23. During this time, the parties also engaged in planning and developing the formal

1  corporate structure, roles and responsibilities to sell and license their Reporting Software

2  24.  All parties expected to be part owners of the company and be compensated for their past contributions of the development of the software product, for developing the business, and managing the business through the revenues generated from customers using and licensing their Reporting Software

25. In or around May of 2012, Defendant Rail stopped associating himself with Plaintiff Smith and removed Plaintiff Smith's access to the Reporting Software source code and technology architecture, removed and deleted Plaintiff Smith's "HIPAA Reporting" email accounts, and stopped including Plaintiff Smith in meetings.

26. In or around May of 2012, Defendant Rail formed Dimension Reports, LLC (Defendant LLC) in California where he named himself as the owner, and excluded Plaintiff Smith and Plaintiff Sinha from ownership

27.  Defendant Rail and Plaintiff Sinha continued marketing and selling the Reporting Software as the Defendant LLC.

28.  Defendant Rail continued to refer to Plaintiff Sinha as a partner and treated Plaintiff Sinha as a partner

29. Plaintiff Sinha continued to invest his time and personal resources in collaborating and working with Plaintiff Rail and investing time and resources into Defendant LLC without compensation

30. Plaintiff Sinha also was involved with developing Defendant LLC's business plan and strategic plans

31. Defendant LLC is marketed as "technology experts with a thorough understanding of various industry sectors" and that "Dimension Reports has built a cross-platform framework in C++"

32. Defendant LLC is in the business of selling and licensing the Reporting Software the Plaintiffs had developed and was marketing while under the name HIPAA Reports

33.  The original website www.hippareports.com was redirected to www.dimensionreports.com

4

34. In June 2012, Defendant LLC and Defendant Rail acquired its first customer which was the result of all the Plaintiffs' business development activities

35. Many subsequent customers are also a result of the plaintiffs' joint business development efforts

36. In December 2012, Defendant Rail attempted to formalize the relationship with Plaintiff Sinha regarding ownership of the LLC and proposed a business agreement as a partner in Defendant LLC

37. Plaintiff Sinha suggested changes to the proposed agreement as Plaintiff Sinha felt it was not equitable considering his role

38. Defendant Rail never complied with Plaintiff's Sinha's requests to modify the agreement

39. Plaintiff Sinha continued his partnership role up until February 2013 where he took another position in a different company

40. Various time during February 2013 to about May 2013, Defendant Rail proposed various dissolution agreements with Plaintiff Sinha, however, each offer did not equitably compensate for Plaintiff Sinha's past efforts as partner

41. Plaintiffs never received compensation for any of their contributions to the Reporting Software and their business development activities

42. In August 2013, Plaintiffs retained attorney to draft and send a demand letter requesting an accounting of Defendant LLC's financial gains from the use of Plaintiff's Reporting Software as well as Defendant Rail's financial gains from the use of Plaintiff's Reporting Software, and also to invite further discussions to properly assess the appropriate compensation

43. As of April 2014, Defendant Rail and Defendant LLC continue to profit from the sale and license of the Reporting Software

44. As of April 2014, Defendant Rail nor Defendant LLC has not attempted to make contact regarding these matters to resolve the issues

45. All complied, finished copies of the Reporting Software code is in the possession of Defendant Rail and Defendant LLC

**C. First Cause of Action:  Defendant Rail has failed to account and pay to the Plaintiffs, as co-owners of the Reporting Software,  1/3 each of all income, revenues, profits and/or value earned from the sale, license, use and exploit of the co-owned copyright**

46. Plaintiffs re-allege, and fully incorporate herein by reference, paragraphs 1 through 44

47.  The Reporting Software developed by the Plaintiffs required original thought and creativity when developed is copyrightable material

48.  Plaintiffs are joint authors of the Reporting Software because each party had equal decision making power, creative control, and contributed copyrightable material to the Reporting Software

49.  As joint authors, Plaintiffs are considered co-owners of the Reporting Software

50.  Defendant Rail, through the Defendant LLC, began selling the co-owned copyright without the permission of the Plaintiffs

51.  Defendant Rail and Defendant LLC from June 2012 to present, has been receiving revenues, value, income and has been profiting from the sale, license and exploit of the co-owned copyright

52.  As a result of Defendant Rail's actions, Defendant Rail and Defendant LLC has received revenues, profits and valuable gain, a portion of which is due to the Plaintiffs as co-owners of the copyright

53.  Defendant Rail nor Defendant LLC has not made any payments to Plaintiff Smith nor Plaintiff Sinha from June 2012 to present

54.  The amount of money due from Defendant Rail and Defendant LLC to the Plaintiffs is unknown to the Plaintiffs, however, as co-owners of the copyright, the Plaintiffs together are due two-thirds of all income, revenue, profits, personal gain and value Defendant Rail and Defendant LLC has received from the exploit, sale, license of the copyright

**D. 2nd Cause of Action:  Defendant Rail breached his fiduciary duties, including loyalty and self-dealing, to the other partners in the partnership and joint venture**

55. Plaintiffs re-allege, and fully incorporate herein by reference, paragraphs 1 through 44

56. A joint venture or partnership was established between Defendant Rail and Plaintiffs to develop a suite of Reporting Software, to sell the software to the health care and energy industries, and to receive revenues and make profit

57. Defendant Rail and Plaintiffs, as partners and/or co-venturers, owed a fiduciary duty to each other which includes loyalty and prohibition against self-dealing

58. Defendant Rail misappropriated and exploited the Reporting Software, which was the result of, and the property of, the efforts of the joint venture or partnership, by selling the Reporting Software through his own personal and independent LLC where he was named the sole owner.

59. Defendant Rail misappropriated, exploited and took advantage of the business development efforts and potential clients of the joint venture or partnership when Defendant Rail began diverting customers to Defendant Rail's personal and independent LLC where he was named the sole owner.

60. Defendant Rail excluded the plaintiffs from the opportunity to be part of Dimension Reports LLC and the receipt of revenues, profits, income and value when Defendant Rail independently created the LLC where he was named the sole owner

61. Defendant Rail's actions to create a separate and independent LLC where he was named the sole owner, diverted all revenues and profits the Plaintiffs' joint venture or partnership would have received, to Defendant Rail and Defendant LLC solely

62. As a result of Defendant Rail's actions, Defendant Rail has received revenues, profits and personal gain, a portion of which is due to the Plaintiffs

63. Plaintiffs have not received any compensation from June 2012 to present for which they are entitled

64. The amount of money due from Defendant Rail to the Plaintiffs is unknown to the Plaintiffs, however, as partners or co-venturers of the partnership or joint venture, the Plaintiffs together are due two-thirds of all revenue, profits, and personal gain the Defendant Rail has received from the actions of the Defendant Rail's breach of duties

7

**D. 3rd Cause of Action:  Defendant LLC has infringed Plaintiff's copyright by copying, distributing and making profit from the Reporting Software which Plaintiffs did not give any copyright permissions to Defendant LLC**

65. Plaintiffs re-allege, and fully incorporate herein by reference, paragraphs 1 through 44

66. Plaintiffs developed copyrightable material when they developed the original and creative Reporting Software which was written and developed using various programming languages

67. Defendant LLC has copied and gained access to the Reporting Software and is marketing the Reporting Software

68. Defendant LLC is distributing and licensing the use of the Reporting Software to various customers

69. Defendant LLC is receiving revenues and profits from the distribution and licensing of the Reporting Software

70. Plaintiffs have not given Defendant LLC any rights, license or permission to copy, distribute or sell the Reporting Software

71. Defendant LLC has not compensated Plaintiffs for the copy, distribution, license, sale and profit of Plaintiff's Reporting Software copyright

**E. 4th Cause of Action:  Defendant LLC as Co-owner and/or joint author of the Reporting Software, has failed to account to and pay to Plaintiffs 1/3 each of all income, revenues, profits and/or value earned from the sale, license, use and exploit of the co-owned copyright**

72. Plaintiffs re-allege, and fully incorporate herein by reference, paragraphs 1 through 44

73. The Reporting Software developed by the Plaintiffs required original thought and creativity when developed is copyrightable material

74. Plaintiffs are joint authors of the Reporting Software because each party had equal decision making power, creative control, and contributed copyrightable material to the Reporting Software

75. As joint authors, Plaintiffs are considered co-owners of the Reporting Software

8

76. Defendant Rail, through the Defendant LLC, began selling the co-owned copyright without the permission of the Plaintiffs

77. Defendant Rail and Defendant LLC from June 2012 to present, has been receiving revenues, value, income and has been profiting from the sale, license and exploit of the co-owned copyright

78. Defendant LLC has received revenues, profits and valuable gain, a portion of which is due to the Plaintiffs as co-owners of the copyright

79. Defendant LLC has not made any payments to Plaintiff Smith nor Plaintiff Sinha from June 2012 to present

80. The amount of money due from Defendant LLC to the Plaintiffs is unknown to the Plaintiffs, however, as co-owners of the copyright, the Plaintiffs together are due two-thirds of all income, revenue, profits, personal gain and value Defendant Rail and Defendant LLC has received from the exploit, sale, license of the copyright

### ***E. Prayer for Relief***

Wherefore, Plaintiffs pray for relief as follows:

81. As to the First Cause of Action Plaintiffs demand:

   a. An accounting of Defendant Rail's financial statements to determine the amount equal to two-thirds (2/3) of all revenues, value, income and profits Defendant Rail received from the license and exploitation of the Reporting Software from and after June 2012;

   b. The amount determined from the accounting;

   c. Two-thirds (2/3) of all future revenues, value, income and profits Defendant Rail will receive every month after the date of accounting

   d. Compensatory damages in the amount of $150,000;

   g. Restitution from benefiting from approximately 1,000 hours plaintiffs contributed to Defendant Rail's success in the amount of $150,000;

   e. For costs of suit and attorney fees;

9

1     f. For such other and further relief as the court may deem proper;

2     g. A complete copy of all the Reporting Software code

3   82. As to the Second Cause of Action:

4     a. An accounting of Defendant Rails financial statements to determine the amount equal to two-thirds (2/3) of all revenues, value, income and profits Defendant Rail received from taking advantage and the exploitation of the fiduciary relationship between Defendant and Plaintiffs

7     b. The amount determined from the accounting;

8     c. Two-thirds (2/3) of all future revenues, value, income and profits Defendant Rail will receive every month after the date of accounting;

10     d.  Compensatory damages in the amount of $150,000;

11     e.  Punitive damages in the amount of $50,000;

12     f. Restitution from benefiting from approximately 1,000 hours plaintiffs contributed to Defendant Rail's success in the amount of $150,000.

14     g.  For costs of suit and attorney fees;

15     h.  For such other and further relief as the court may deem proper;

16     i. A complete copy of all the Reporting Software code

17   83. As to the Third Cause of Action:

18     a. An accounting of Defendant LLC's financial statements to determine the amount TOTAL amount of all revenues, value, income and profits Defendant LLC received from the unlawful copy, distribution and sales of the Reporting Software from and after June 2012

21     b. The amount determined from the accounting;

22     c. All future revenues, value, income and profits Defendant LLC will receive every month after the date of accounting

24     c. Statutory damages for willful copyright infringement in the amount of $150,000

25     d.  Restitution from benefiting from approximately 1,000 hours plaintiffs contributed to Defendant LLC's success in the amount of $150,000.

27     e. For costs of suit and attorney fees;

28     f. For such other and further relief as the court may deem proper

g. A complete copy of all the Reporting Software code

84. As to the Fourth (4th) Cause of Action Plaintiffs demand:

    a. An accounting of Defendant LLC's financial statements to determine the amount equal to two-thirds (2/3) of all revenues, value, income and profits Defendant LLC received from the license and exploitation of the Reporting Software from and after June 2012 to present;

    b. The amount determined from the accounting;

    c. Two-thirds (2/3) of all future revenues, value, income and profits Defendant Rail will receive every month after the date of accounting;

    d. Compensatory damages in the amount of $150,000;

    e. Restitution from benefiting from approximately 1,000 hours plaintiffs contributed to Defendant LLC's success in the amount of $150,000.

    f. For costs of suit and attorney fees;

    g. For such other and further relief as the court may deem proper

    i. A complete copy of all the Reporting Software code

### F. Demand for jury trial

84. Plaintiffs hereby requests a jury trial on all issues raised in this complaint.

Dated this day April 3, 2014

Ryan Tan
8455 Hialeah Way
Fair Oaks, CA 95628
916-724/9366