UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARESH SINHA, et al., | No. 2:14-cv-00839-KJM-DAD |
| Plaintiffs, | |
| v. | ORDER |
| ORRI RAIL, et al., | |
| Defendants. | |

On August 22, 2014, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to occur before September 30, 2014, at which a principal with full settlement authority for each party shall appear.

DATED: September 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

1